AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jameel Anderson,<br>*Plaintiff*<br>v.<br>Robert Williams, Michael Rasar,<br>Geri Gillespie and Tahariah Thomas,<br>*Defendant(s)* | Civil Action No.     2:21-cv-02408-JMC-MGB |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the court ACCEPTS the Magistrate Judge's Report and Recommendation and DISMISSES Plaintiff's Complaint without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J Michelle Childs, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   May 24, 2022                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                      s/ A. Snipes

                                                          *Signature of Clerk or Deputy Clerk*